MARCH 20, 1962

**No. 66602.**—Cajo Trading, Inc. *v,* United States, protests 61/9488, etc. Protests dismissed February 23, 1962. (Not published.) Plaintiff's application for rehearing granted.

MARCH 21, 1962

**No. 66603.**—Hensel Bruckmann & Lorbacher, Inc. *v.* United States, protests 324410-K, etc. Protests abandoned February 19, 1962. (Not published.) Plaintiff's application for rehearing granted.

MARCH 22, 1962

**No. 66604.**—M. Adler's Son, Inc. *v.* United States, protest 61/10323. Protest abandoned February 13, 1962. (Not published.) (Initial No. 60/9080.) Plaintiff's application for rehearing granted. Mollison, J., dissented.

MARCH 23, 1962

**No. 66605.**—Borneo Sumatra Trading Company, Inc. *v.* United States, protest 61/9722(B). Protest dismissed February 23, 1962. (Not published.) Plaintiff's application for rehearing granted.